AO 442 (Rev. 01/09) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

2012 JUL 26 AM 10: 53

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Edward D Auksel | ) | Case No. 2:08cr26 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Edward D Auksel ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ☑ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:
18:3606   VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

Date:   04/17/2012

*Issuing officer's signature*

City and state:   HAMMOND, INDIANA

ROBERT N. TRGOVICH, CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4-18-12 , and the person was arrested on *(date)* 7-26-12
at *(city and state)* Highland, IN .

Date:   7-26-12

*Arresting officer's signature*

Jeff Raffin / Deputy U.S. Marshal
*Printed name and title*